UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

LYNN HOVIND,                                    Civil No. 08-0597 (JRT/FLN)

                    Plaintiff,

v.
                                                **ORDER FOR DISMISSAL**

BRISTOL PLACE CORPORATION,
AND BRISTOL PLACE HOME
HEALTH SERVICES, INC.,

                    Defendants.
_____

Lisa Stratton, **WORKERS' RIGHTS CLINIC**, University of Minnesota Law School, 229 19th Avenue South, Suite 190, Minneapolis, MN 55455, for plaintiff.

Konstandinos Nicklow, **MESHBESHER & SPENCE, LTD,** 1616 Park Avenue South, Minneapolis, MN 55404**,** for defendants.

Based upon the joint stipulation for dismissal entered into by the parties, through their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure [Docket No. 33],

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED: July 2, 2009
at Minneapolis, Minnesota.                         s/John R. Tunheim
                                                   _____
                                                   JOHN R. TUNHEIM
                                                   United States District Judge